UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATALINA MARIA DAVIS,

    Plaintiff,

       v.

SPRINGFIELD PUBLIC SCHOOLS,  et al.,

    Defendants.

Civil Action No. 25-30184-MGM

ORDER
July 17, 2026

MASTROIANNI, U.S.D.J.

On June 10, 2026, the court granted the motion for leave to proceed *in forma pauperis*, filed by Tagare Diggs ("Plaintiff"). (Dkt. No. 4.) The court also ordered Plaintiff to file an amended complaint by July 10, 2026, curing the pleading deficiencies identified in the Memorandum and Order. (*Id.*) The court's Memorandum and Order warned Plaintiff that failure to file an amended complaint by July 10, 2026 "will result in the dismissal of this action." (*Id.* at 4.) Plaintiff has not filed anything in response to the court's order.

Accordingly, the court hereby DISMISSES this action WITHOUT PREJUDICE for failure to comply with the court's June 10, 2026 Memorandum and Order. *See e.g., Tower Ventures, Inc. v. City of Westfield*, 296 F.3d 43, 46 (1st Cir. 2002) ("[D]isobedience of court orders, in and of itself, constitutes extreme misconduct (and, thus, warrants dismissal)[.]"); *Rosario-Diaz v. Gonzalez*, 140 F.3d 312, 315 (1st Cir. 1998) ("[A] litigant who ignores a case-management deadline does so at his peril.").

It is So Ordered.

            /s/ Mark G. Mastroianni
            MARK G. MASTROIANNI
            United States District Judge